# United States Court of Appeals
## For the First Circuit

---

No. 17-1570 & 17-1571

CASCO, INC.,

Plaintiff, Appellee/Cross-Appellant,

v.

JOHN DEERE CONSTRUCTION & FORESTRY COMPANY,

Defendant, Appellant/Cross-Appellee.

---

ERRATA SHEET

The opinion of this Court issued on March 2, 2021, is amended as follows:

On page 11 line 3, replace blatant with "blatant